92–2258. State v. Snow. *Summit County*, No. 15919.

92–2421. Crouch v. West–Whi Columbus Northwest Partners. *Franklin County*, No. 92AP–58.
PFEIFER, J., not participating.

92–2502. Pearson v. Wheatley Co. *Marion County*, No. 9–92–1.
PFEIFER, J., dissents.

92–2505. Sciko v. Cleveland Elec. Illum. Co. *Cuyahoga County*, No. 63443. On motion and cross-motion to certify the record. Motions denied.
DOUGLAS and PFEIFER, JJ., dissent.
F.E. SWEENEY, J., not participating.

92–2520. Gerner v. Salem City School Dist. Bd. of Edn. *Columbiana County*, No. 91–C–33.
RESNICK and PFEIFER, JJ., dissent.

92–2542. State v. Van Hook. *Hamilton County*, No. C–910505.

92–2545. State v. Johnson. *Hamilton County*, No. C–920218.

92–2546. State v. Williams. *Hamilton County*, No. C–920160.

92–2547. Commonwealth Life Ins. Co. v. Oakes. *Stark County*, Nos. CA–8976 and CA–9005.

92–2548. Farmers Ins. of Columbus, Inc. v. Atkinson. *Stark County*, No. CA–8931.

92–2555. Wren v. Weitherman. *Champaign County*, No. 91–CA–18.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

92–2566. State v. Allen. *Hamilton County*, No. C–910933.

92–2576. Breitenstein v. Moraine. *Montgomery County*, No. CA 13375.

92–2585. Fraternal Order of Police, Ohio Labor Council, Inc. v. Athens. *Athens County*, No. CA–1529.

92–2591. Reed v. Weber. *Hamilton County*, No. C–910548.

92–2594. Cincinnati Bd. of Edn. v. Armstrong World Industries, Inc. *Hamilton County*, No. C–910803.
WRIGHT, J., dissents.

92–2595. Watts v. Pryor. *Cuyahoga County*, No. 61212.
F.E. SWEENEY, J., not participating.

92–2596. State v. Williams. *Cuyahoga County*, No. 61080.

92–2599. Rogers v. Buckel. *Cuyahoga County*, No. 61175.
MOYER, C.J., and WRIGHT, J., dissent.

## REHEARING DOCKET

85–1221. State v. Winters. *Lucas County*, No. L–84–151. On motion for rehearing and remand for new trial. Motion denied.
F.E. SWEENEY, J., not participating.

92–863. Greene v. University Hosp. of Cleveland. *Cuyahoga County*, No. 59899. Reported at 66 Ohio St.3d 1402, 605 N.E.2d 1260. On motion for rehearing. Rehearing denied.

92–1535. Awadalla v. Robinson Mem. Hosp. *Portage County*, No. 91–P–2385. Reported at 65 Ohio St.3d 1444, 600 N.E.2d 686. On motion for rehearing. The motion is denied on the following vote:
A.W. SWEENEY, RESNICK and PFEIFER, JJ., would deny the motion.
MOYER, C.J., DOUGLAS and WRIGHT, JJ., would grant the motion.
F.E. SWEENEY, J., not participating.